# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HORATIO M. NIMLEY, | : | No. 82 MAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth entered September 15, |
| | : | 2015 at No. 290 MD 2015. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS ("DOC"), | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**                                                                    **DECIDED:  April 25, 2016**

**AND NOW**, this 25th day of April, 2016, the order of the Commonwealth Court is **AFFIRMED**.